```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
       Plaintiff,

    v.                                              Civil No. 08-94-PB

Christie West,
       Defendant,
  and

Digital Federal Credit Union,
       Garnishee.

## ORDER TO QUASH
## WRIT OF CONTINUING GARNISHMENT

On March 25, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court. In accordance with the terms of the Writ of Continuing Garnishment, on March 30, 2011, an account in the name of Christie West, held by Digital Federal Credit Union, was levied on by the United States of America. Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to defendant, Christie West on March 30, 2011, by certified mail, return receipt.

Defendant has provided proof to Plaintiff that the source of the funds were property which is exempt from levy pursuant to 11 U.S.C. § 522(d)(10)(D).

Defendant hereby waives her right to a hearing pursuant to 28 U.S.C. §3202(d). Accordingly, it is

ORDERED that funds in the amount of $1,558.23 which were seized on March 30, 2011, from an account in the name of Christie West, which are in the possession, custody or control of Digital Credit Union, be released to defendant, Christie West, and

ORDERED that the Writ of Continuing Garnishment issued on March 25, 2011, to Digital Credit Union, is hereby quashed.

IT IS SO ORDERED.

                                              /s/ James R. Starr
                                              Clerk of Court

DATED: April 8, 2011

cc: Michael T. McCormack, AUSA
    Christie West, pro se
    Digital Federal Credit Union