```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE


United States of America,      )
        Plaintiff,             )
                               )
     v.                        )         Civil No. 08-94-PB
                               )
Christie West,                 )
        Defendant,             )
                               )
     and                       )
                               )
Granite State Credit Union,    )
        Garnishee.             )
```

PROPOSED ORDER TO QUASH
<u>WRIT OF CONTINUING GARNISHMENT</u>

On March 25, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court.  In accordance with the terms of the Writ of Continuing Garnishment, on March 30, 2011, accounts in the name of Christie West, held by Granite State Credit Union, were levied on by the United States of America.  Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to defendant, Christie West, by certified mail on March 30, 2011.

Due to the minute balance in the account, the United States does not request a turnover of these funds.  Accordingly, it is

ORDERED that funds in the amount of $6.77, seized on March 30, 2011, from accounts in the name of Christie West, which are in the possession, custody or control of Granite State Credit Union, be released back to the defendant, Christie West, and it is

ORDERED that the Writ of Continuing Garnishment issued on March 25, 2011, to Granite State Credit Union, is hereby quashed.

IT IS SO ORDERED.

/s/ Paul Barbadoro
U.S. District Court Judge

DATED: April 20, 2011

cc: Michael T. McCormack, AUSA
    Christie West, pro se
    Granite State Credit Union